RESOLUTION NO. 2005-070

**A RESOLUTION OF THE CITY COUNCIL OF THE CITY OF MCFARLAND ABOLISHING THE CHIEF PLANT OPERATOR POSITION FOR THE WASTEWATER TREATMENT PLANT OF THE CITY OF MCFARLAND**

The City Council of the City of McFarland DOES RESOLVE as follows:

**WHEREAS,** on July 14, 2005 the City of McFarland ("City") City Council thereby approved the Wastewater Operation and Maintenance Agreement ("Agreement") between the City and Severn Trent Environment Services, Inc. ("Contractor") to provide maintenance services for the City's wastewater treatment plant facilities ("facilities"); and,

**WHEREAS,** as part of the Agreement, Contractor was required to offer employment to all of the City's current, qualified, regular full-time individuals employed at the facilities; and,

**WHEREAS,** Contractor has satisfied all conditions under the Agreement with respect to an offer of employment to the incumbent currently serving in the Chief Plant Operator position; and

**WHEREAS,** as a result of the Agreement, the duties of the Chief Plant Operator position have been transferred and there is no economic reason to continue to fund such position; and

**WHEREAS,** the City Council desires to abolish the position of Chief Plant Operator and finds that such action is in the best interests of the citizens of the City.

**NOW, THEREFORE,** the City Council finds and determines as follows:

**Section 1.** Findings.

The recitals as set forth above are true and correct and are incorporated herein.

**Section 2.** The position of Chief Plant Operator is hereby abolished and the City Administrator is directed to take all necessary action to implement the terms of this resolution.

**Section 3.** This resolution shall take effect immediately upon its adoption.

**PASSED AND ADOPTED** by the City Council of the City of McFarland at a regular meeting on the 24th day of August, 2005, by the following vote:

AYES:     Cantu, Santillano, Melendez, Campbell, Munoz
NOES:     None
ABSENT:   None
ABSTAIN:  None

Rafael Melendez, Mayor of the
City of McFarland, California

ATTEST:

Blanca Reyes-Garza
Deputy City Clerk

00066