UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. WARD, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF MCFARLAND; CALIFORNIA; RAFAEL MELENDEZ, an individual<br><br>    Defendants. | No. CV-05-1577-FVS<br><br>ORDER OF DISMISSAL |

   The Court, being fully advised, now therefore,

   **IT IS HEREBY ORDERED** that pursuant to the Stipulation filed by the parties, Ct. Rec. 37, and Federal Rule of Civil Procedure 41(a)(1), this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees.

   **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE THE FILE.**

   **DATED** this   2nd   day of October, 2006.

                              s/ Fred Van Sickle
                               Fred Van Sickle
                         United States District Judge

ORDER OF DISMISSAL - 1